**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

vs.                                        Case No. 4:16-cr-00206-01

JESSIE IOLA HALL                                                                          DEFENDANT

### ORDER APPOINTING COUNSEL

The Defendant appeared with counsel, John Wesley Hall, on this date for plea and arraignment. A potential conflict of interest for Defendant's counsel, John Wesley Hall, was brought to the Court's attention. All parties agreed for today's proceedings that it was best that other counsel advise the Defendant of the potential conflict and the ramifications of dual representation of co-defendants by a single attorney. Therefore, the Court appointed Senior Litigator Federal Public Defender, Chris Tarver, to temporarily represent the Defendant for this limited purposes. Following consultation with Mr. Tarver, the Defendant informed the Court that she chose not to waive the potential conflict. Defendant qualifies for the appointment of counsel; therefore, Mr. Tarver is appointed to represent Defendant in all further proceedings.

IT IS SO ORDERED this 14th day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE